UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS TOOLEY,<br>an Individual,<br><br>          Plaintiff,<br><br>vs.<br><br>BALLPARK VILLAGE HOLDINGS<br>BLOCK 350, LLC,<br>a Missouri Limited Liability Company,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 4:17-cv-02127-JAR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed

between the parties, each party shall bear its respective fees and costs.

Dated: May 1, 2018

Respectfully Submitted,                                Respectfully Submitted,


/s/ Jeff S. Keech                                      /s/ Sarah J. Kuehnel
Jeff S. Keech, MO #56100                               James M. Paul, MO #44232
The Law Offices of Jeff Keech                          Sarah J. Kuehnel, MO 61698
Chesterfield, MO  63017                                Ogletree Deakins
Telephone: (314) 576-9989                              7700 Bonhomme Avenue, Suite 650
Facsimile: (305) 891-4512                              St. Louis, MO  63105
jeffkeech@yahoo.com                                    Telephone:  314.802.3935
                                                       Facsimile:  314.802.3960
                                                       james.paul@ogletree.com
                                                       sarah.kuehnel@ogletree.com

1

*So Ordered*

*John A. Ross*

*5/1/2018*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May, 2018, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered

through CM/ECF to the following attorneys of record:

James M. Paul, Esq.
Sarah J. Kuehnel, Esq.
Ogletree Deakins
7700 Bonhomme Avenue, Suite 650
St. Louis, MO  63105

/s/ Jeff S. Keech
Jeff S. Keech, Esq.